## UNITED STATES *versus* ANDREW WESTBROOK

JOURNAL ENTRIES (1814): *Journal 2:* (1) Plea, issue *p. 423; (2) jury trial, verdict, judgment *p. 423; (3) recognizance discharged *p. 424.
PAPERS IN FILE: (1) Indictment; (2) capias sur indictment and return.

## UNITED STATES *versus* ROBERT SMART

JOURNAL ENTRIES (1814–19): *Journal 2:* (1) Rule to take depositions *p. 424; (2) continued *p. 440; (3) continued *p. 472; (4) discontinued *p. 660.
PAPERS IN FILE: (1) Indictment; (2) capias sur indictment and return.
*Office Docket*, MS p. 4, c. 11; MS p. 41, c. 55.